IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| BRADLEY EARL MARTIN, * | |
| Plaintiff, * | |
| vs. * | CASE NO. 4:24-cv-161 (CDL) |
| SHARON BARKMAN, *et al.*, * | |
| Defendants. * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 10, 2025 is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

Included in Plaintiff's objection is a request for leave to amend the complaint.  A plaintiff who seeks "leave to amend a complaint 'must either attach a copy of the proposed amendment to the motion or set forth the substance thereof.'" *United States ex rel. 84Partners, LLC v. Nuflo, Inc.*, 79 F.4th 1353, 1363 (11th Cir. 2023) (quoting *Atkins v. McInteer*, 470 F.3d 1350, 1362 (11th Cir. 2006)).  Plaintiff did not attach a proposed amendment or set forth the substance of his proposed amendment, so the Court denies his request for leave to amend his complaint (ECF No. 7).

IT IS SO ORDERED, this 14th day of May, 2025.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA